1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NICK GRITSONIS, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A.; FAY SERVICING, LLC; STATEBRIDGE COMPANY, LLC; and DOES 1 through 20 inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:16-cv-03610-R-KS<br><br>**JUDGMENT OF DISMISSAL**<br><br>[*Assigned to the Hon. Manuel L. Real*] |

1   On September 27, 2016, the Court entered an Order granting the Motion to
2  Dismiss the First Amended Complaint, filed by defendant WELLS FARGO
3  BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a
4  Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo")
5  dismissing the First Amended Complaint in its entirety.
6   Accordingly:
7   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**
8   1.  The First Amended Complaint is dismissed, as to all causes of action,
9  with prejudice;
10  2.  Judgment is entered in favor of defendant WELLS FARGO BANK,
11 N.A.; and
12  3.  Plaintiff, Nick Gritsonis will recover nothing in this action from
13 defendant WELLS FARGO BANK, N.A.

16 DATED: October 12, 2016

HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE